# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2021

SEAN F. McAVOY, CLERK

DONALD CRAIG MONSON,

*Petitioner*

v.

STATE OF WASHINGTON,

*Respondent*

Civil Action No. 1:20-cv-03250-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   The petition, ECF No. 1, is DISMISSED under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Salvador Mendoza, Jr.

Date:   January 8, 2021

*CLERK OF COURT*

SEAN F. McAVOY

_____
*(By) Deputy Clerk*

Sean F. McAvoy